UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KATHERINE MILLER, INDIVIDUALLY
AND ON BEHALF OF HER MINOR CHILD,   CIVIL ACTION
JH
                                    NUMBER 07-666-RET-SCR
VERSUS

WEST FELICIANA PARISH SCHOOL
BOARD, ET AL

## RULING ON MOTION TO STAY DISCOVERY

Before the court is the Defendants' Motion to Stay Discovery and Other Pre-trial Deadlines. Record document number 25. The motion is opposed.[1]

Relying on their motion to dismiss filed May 23, 2008, the defendants simultaneously sought to stay the discovery and the other deadlines set in the scheduling order. Plaintiff opposed the motion, noting that the defendants' motion to dismiss does not address all of the plaintiff's claims. Plaintiff also argued that her precarious medical condition is such that a deposition to preserve her testimony is needed.

Plaintiff's arguments have merit. Rule 16(b)(4), Fed.R.Civ.P., requires a showing of good cause to modify a scheduling order. Defendants have not shown good cause to stay discovery or suspend the other scheduling order deadlines.

In her opposition memorandum, the plaintiff requested a 60-day

---

[1] Record document number 28.

extension of the current scheduling order deadlines.  In connection with the defendants' motion to dismiss the plaintiff sought and was granted an extension of time to respond to the motion.[2]  For the reasons stated by the plaintiff in the motion seeking an extension of time, there is good cause to extend the scheduling order deadlines.  An amended scheduling order will be issued extending for approximately 60 days all deadlines which had not already expired when the defendants' filed their motion to stay discovery.

Accordingly, the Defendants' Motion to Stay Discovery and Other Pre-trial Deadlines is denied.  An amended scheduling order will be issued.

Baton Rouge, Louisiana, July 14, 2008.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[2] Record document numbers 26 and 27.

2