UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KATHREN MILLER, INDIVIDUALLY
AND ON BEHALF OF HER MINOR
CHILD, JH

VERSUS

WEST FELICIANA SCHOOL BOARD,
ET AL

CIVIL ACTION

NO. 07-666-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 11, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Dismiss field by defendants West Feliciana Parish School Board, Jesse Perkins, Amy Betts, Shannon Hall and Lloyd Lindsey is granted in part, dismissing without prejudice, the plaintiff's claims individually and on behalf of her minor child for deprivation of rights and retaliation under the IDEA, ADA and Rehabilitation Act, and First Amendment retaliation under § 1983. Further, the remaining claims, the defendants' Motion to Dismiss for lack of subject matter

jurisdiction based on failure to exhaust administrative remedies, is denied.

Baton Rouge, Louisiana, September  16  , 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA